**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG ALLEN SILBAUGH, | ) NO. ED CV 17-2283-AG-KS |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| RIVERSIDE COUNTY SHERIFFS DEPT., SUPERIOR COURT OF CALIFORNIA, ET AL, | ) |
| Defendant. | ) |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: March 31, 2018

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

1